**SANDERS LAW, PLLC**
Craig B. Sanders, Esq. (0985686)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.: 102039

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BWP MEDIA USA INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HAUTE LIVING INC.,<br><br>Defendant(s). | Docket No:<br><br>DEMAND FOR JURY TRIAL<br><br>COMPLAINT FOR:<br>1) COPYRIGHT INFRINGEMENT |

BWP Media USA Inc., by and through its undersigned counsel, states and alleges as follows:

### INTRODUCTION

1. Plaintiff BWP Media USA Inc. ("BWP") provides entertainment-related photojournalism goods and services. In particular, BWP owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

2. BWP's portfolio of celebrity photographs is the bread and butter of its business.

3. BWP has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

4. Defendant HAUTE LIVING INC. owns and operates a website known as www.hauteliving.com.

5. Without permission or authorization from BWP, HAUTE LIVING INC. copied, modified, and displayed BWP's photograph(s) on HAUTE LIVING INC.'s website www.hauteliving.com,

1

6.    BWP engaged in this misconduct knowingly and in violation of the United States copyright laws.

7.    BWP has been substantially harmed as a result of HAUTE LIVING INC.'s misconduct.

## JURISDICTION AND VENUE

8.    This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. §1338(a) and 28 U.S.C. §1331. The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. §1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

9.    This Court has personal jurisdiction over HAUTE LIVING INC. because HAUTE LIVING INC. maintains its principal place of business in Miami-Dade County, Florida, and purposely directs substantial activities at the residents of  by means of the website described herein.

10.    Venue is proper under 28 U.S.C. §1391(a)(2) because the Defendant does business in this Judicial District or because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

## PARTIES

11.    BWP is a California corporation and maintains its principal place of business in Los Angeles County, California.

12.    On information and belief, HAUTE LIVING INC., a corporation with a principal place of business in Miami-Dade County, Florida, is liable and responsible to Plaintiff based on the facts herein alleged.

## FACTUAL ALLEGATIONS

### BWP's Business

13.    BWP provides entertainment-related photojournalism goods and services. In particular, BWP owns the rights to a multitude of photographs which it licenses to online and print publications.

14.    BWP has invested significant time and money in building its photograph portfolio.

### BWP's Copyrights

15.    BWP has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

16.    BWP's photographs are original, creative works in which BWP owns protectable copyright interests.

17.    BWP owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover BWP's photographs.

18.    BWP also has filed several copyright applications with the USCO, which are presently pending.

19.    BWP applied for and received a copyright registration for a collection of photographs, which included the photograph(s) annexed hereto as Exhibit(s) 1 (the "Photograph(s)").

### HAUTE LIVING INC.'s Website

20.    On information and belief, HAUTE LIVING INC. is the registered owner of the website located at www.hauteliving.com (the "Website"). On information and belief, HAUTE LIVING INC. operates the Website and is responsible for all Website content.

21.    The Website provides, *inter alia*, articles, photographs and other information celebrities.

22.    The Website is monetized in that it contains paid advertisements. On information and belief, HAUTE LIVING INC. profits from these activities.

### HAUTE LIVING INC.'s Misconduct

23.    Without permission or authorization from BWP, HAUTE LIVING INC. copied, modified, and/or displayed the Photograph(s) on the Website, in violation of BWP's copyrights.  See Exhibit(s) 1 annexed hereto.

3

24.     On information and belief, the Photographs were copied from the website(s) of BWP's Clients and reposted on the Website without license or permission, thereby infringing on the Copyrights (the "Infringement(s)").

25.     On information and belief, HAUTE LIVING INC. was aware of facts or circumstances from which the Infringement(s) was/were apparent.  Based on this totality of circumstances, HAUTE LIVING INC. cannot claim that it is not aware of the widespread infringing activities, including the Infringement(s), on the Website. Such a claim would amount to willful blindness to the Infringement(s) on the part of HAUTE LIVING INC.

26.     On information and belief, HAUTE LIVING INC. engaged in the Infringement(s) knowingly and in violation of United States copyright laws.

27.     On information and belief, HAUTE LIVING INC. has received a financial benefit directly attributable to the Infringement(s). Specifically, by way of the Infringement(s), HAUTE LIVING INC. increased traffic to the Website and, in turn, realized an increase in, its advertising revenues and/or merchandise sales.

28.     As a result of HAUTE LIVING INC.'s misconduct, BWP's has been substantially harmed.

## FIRST COUNT

### (Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

29.     BWP's repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

30.     The Photograph(s) are original, creative works in which BWP owns protectable copyright interests.

31.     BWP has not licensed HAUTE LIVING INC. to use the Photograph(s) in any manner, nor has BWP assigned any of its exclusive rights in the Copyrights to HAUTE LIVING INC.

32.     Without permission or authorization from BWP and in willful violation of BWP's rights under 17 U.S.C. §106, HAUTE LIVING INC. reproduced the Photograph(s).

33.     On information and belief, without permission or authorization from BWP and in willful violation of BWP's rights under 17 U.S.C. § 106, HAUTE LIVING INC. displayed the

Photograph(s) on the Website.

34.    HAUTE LIVING INC.'s reproduction of the Photograph(s) and display of the Photograph(s) on the Website constitutes copyright infringement.

35.    On information and belief, thousands of people have viewed the unlawful copies of the Photograph(s) on the Website.

36.    On information and belief, HAUTE LIVING INC.'s had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of BWP's copyrighted material.

37.    HAUTE LIVING INC.'s copyright infringement has damaged BWP in an amount to be proven at trial.


## PRAYER FOR RELIEF

**WHEREFORE,** BWP respectfully requests judgment as follows:

1.    That the Court enter a judgment finding that HAUTE LIVING INC. has infringed on BWP's Copyrights in the Photograph(s) in violation of 17 U.S.C. § 501 et seq.;

2.    That the Court award damages and monetary relief as follows:

    a.    Statutory damages against HAUTE LIVING INC. pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or in the alternative BWP's actual damages and HAUTE LIVING INC.'s wrongful profits in an amount to be proven at trial;

    b.    BWP's attorneys' fees pursuant to 17 U.S.C. § 505;

    c.    BWP's costs; and

3.    Such other relief that the Court determines is just and proper.

DATED: June 14, 2013

**SANDERS LAW, PLLC**

/s/ Craig B. Sanders
Craig B. Sanders, Esq. (0985686)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.:102039

**REQUEST FOR JURY TRIAL**

Plaintiff hereby demands a trial of this action by jury.

DATED: June 14, 2013

**SANDERS LAW, PLLC**

/s/ Craig B. Sanders
Craig B. Sanders, Esq. (0985686)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.:102039

# EXHIBIT - 1





| | |
|---|---|
| Photo Owner: BWP Media USA Inc.<br>Photo ID Number: 3176226<br>Date Taken: 11/07/2012<br>Photo Description:Tom Hanks steps into the shoes of Disney creator Walt Disney with co-star Emma Thompson as they film on location for 'Saving Mr. Banks.'<br>Photo Location:California<br>Copyright Application Date:11/12/2012<br>Application Number: 1-849565062<br>Copyright Registration Date:11/12/2012<br>Registration Number:VA0001836333 | Domain: www.hauteliving.com<br>URL: http://www.hauteliving.com/2012/11/tom-hanks-plays-walt-disney-films-at-disneyland/324137/<br>Observed Date: 04/18/2013 |





Photo Owner: BWP Media USA Inc.
Photo ID Number: 3024017
Date Taken: 07/30/2012
Photo Description:Michael Douglas gets into character as Liberace while Matt Damon plays his alleged gay lover on the set of 'Behind the Candelabra' in LA.
Photo Location:California
Copyright Application Date:10/23/2012
Application Number: 1-834772575
Copyright Registration Date:10/23/2012
Registration Number:VA0001836297

Domain: www.hauteliving.com
URL: http://www.hauteliving.com/2011/10/haute-100 -update-steven-soderbergh-to-direct-liberace-film- starring-michael-douglas-and-matt-damon/211894/
Observed Date: 05/17/2013





| | |
|---|---|
| Photo Owner: BWP Media USA Inc.<br>Photo ID Number: 3024027<br>Date Taken: 07/30/2012<br>Photo Description:Michael Douglas gets into character as Liberace while Matt Damon plays his alleged gay lover on the set of 'Behind the Candelabra' in LA.<br>Photo Location:California<br>Copyright Application Date:10/23/2012<br>Application Number: 1-834772575<br>Copyright Registration Date:10/23/2012<br>Registration Number:VA0001836297 | Domain: www.hauteliving.com<br>URL: http://www.hauteliving.com/2011/10/haute-100-update-steven-soderbergh-to-direct-liberace-film-starring-michael-douglas-and-matt-damon/211894/<br>Observed Date: 05/17/2013 |





| Photo Owner: BWP Media USA Inc.<br>Photo ID Number: 3024017<br>Date Taken: 07/30/2012<br>Photo Description:Michael Douglas gets into character as Liberace while Matt Damon plays his alleged gay lover on the set of 'Behind the Candelabra' in LA.<br>Photo Location:California<br>Copyright Application Date:10/23/2012<br>Application Number: 1-834772575<br>Copyright Registration Date:10/23/2012<br>Registration Number:VA0001836297 | Domain: www.hauteliving.com<br>URL: http://www.hauteliving.com/2012/10/haute-100-la-update-steven-soderbergh-revives-the-classic-1960s-film-end-of-the-road-to-dvd/316579/<br>Observed Date: 05/17/2013 |