UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-22144-CIV- GOODMAN

BWP MEDIA USA INC.,

    Plaintiff,

        vs.

HAUTE LIVING, INC.,

    Defendant.

_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff BWP Media USA, Inc. ("Plaintiff") and counsel for Haute Living Inc. ("Defendant") that all claims asserted by Plaintiff against Defendant in the above-captioned action are dismissed **WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**SO STIPULATED.**

| | |
|---|---|
| Dated: August 1, 2014 | Dated: August 1, 2014 |
| SANDERS LAW, PLLC | BERGER FIRM, P.A. |
| By: /s/ Craig B. Sanders<br>   Craig B. Sanders, Esq.<br>   Florida Bar No. 985686<br>   100 Garden City Plaza, Suite 500<br>   Garden City, New York 11530<br>   csanders@sanderslawpllc.com<br>   Tel: 516.281.7600<br>   Fax: 516.281.7601 | By: /s/ Chase A. Berger<br>   Chase A. Berger, Esq.<br>   Florida Bar No. 083794<br>   2410 Hollywood Boulevard<br>   Hollywood, Florida 33030<br>   Chase@bergerfirm.com<br>   Tel: 954.780.5577<br>   Fax: 954.780.5578 |

**SO ORDERED:**

Dated: _____

                                                                      _____
Hon. Jonathan Goodman
United States District Judge